IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>BYRON ANDUJAR RAMOS,<br>*Defendant*. | CRIMINAL NUMBER: 24-450 (CVR) |

**FORMAL OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

TO THE HONORABLE COURT:

Mr. Andujar represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned attorney, respectfully informs the Court of the following objections to the Presentence Investigation Report ("PSR").

**Procedural Background**

A sentencing hearing in this case is set for Monday, February 9, 2026. D.E. # 30. On January 5, 2026, the PSR was submitted. D.E. # 31. Counsel for Mr. Andujar sent informal objections to the probation officer on January 20, 2026. *See* Fed. Rule Crim. P. 32(f)(1).

The addendum to the PSR was filed on February 2, 2026. D.E. # 33. The addendum included all of Mr. Andujar's pending objections to the PSR, namely to paragraphs 38 (the 5-point enhancement), paragraph 94, and the variance section. *Id*. Mr. Andujar reiterates the same objections in this motion. These objections remain pending for the Court's final determination at sentencing.

This week, counsel was visiting Mr. Andujar and again reviewed the PSR, pending objections, mitigation, among other preparations for sentencing. While reviewing the PSR

1

again, we realized an additional objection to the criminal history category was warranted. We immediately sent this objection to the probation officer and copied the AUSA assigned to the case. Given our tardy realization of the objection, we now file these formal objections, in addition to the addendum, to ensure the same is before the Court prior to Monday's hearing.

### Paragraph 47 – Criminal History

`Mr. Andujar was sentenced by the Utuado Court of First Instance on April 13, 2007, to a suspended sentence, for which he served a probationary term and was never incarcerated. D.E. # 31, par. 47. Mr. Andujar's probation term ended on April 13, 2012. *Id.* The PSR assigned 1 criminal history point for this probation term, pursuant to USSG § 4A1.1(c). *Id*.

Had Mr. Andujar been imprisoned for this case, then an April 13, 2012, release from prison would be within the 15 years necessary to be counted. *See* USSG § 4A1.1 application note 1. However, a suspended sentence is treated as a probationary or non-incarceration sentence under USSG § 4A1.1(c) (*see also* USSG § 4A1.2(b)(2)). Since the sentence in paragraph 47 was imposed more than 10 years ago, and it was non-incarceration, it should not count for points as per USSG § 4A1.2(e)(1)-(2).[1]

Without this additional point, Mr. Andujar has only 1 criminal history point, thus rendering him a criminal history category I. *See* PSR par. 54. His guideline range would then be reduced to 168-210 months' incarceration, should the Court follow the parties' calculated guidelines, or 292-365 months, according to the PSR's calculated guidelines.

---

[1] Said sections read: "Applicable Time Period (1) Any prior sentence of imprisonment exceeding one year and one month that was imposed within fifteen years of the defendant's commencement of the instant offense is counted. Also count any prior sentence of imprisonment exceeding one year and one month, whenever imposed, that resulted in the defendant being incarcerated during any part of such fifteen-year period; (2) Any other prior sentence that was imposed within ten years of the defendant's commencement of the instant offense is counted."

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the objections to the PSR.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of February, 2026.

        **RACHEL BRILL**
        Federal Public Defender

        *S/Jessica E. Earl*
        **Jessica E. Earl**
        Assistant Federal Public Defender
        USDC-PR No. 302613
        241 F.D. Roosevelt Ave.
        Hato Rey, P.R. 00918-2441
        (787) 281-4922/ Fax (787) 281-4899
        E-mail: Jessica_Earl@fd.org